**Reginald D. EVANS, Plaintiff–
Appellant,**

v.

**Louis CALDERA, Secretary to
the United States Army,
Defendant–Appellee.**

**No. 01–2160.**

United States Court of Appeals,
Fourth Circuit.

Submitted July 30, 2002.

Decided Aug. 22, 2002.

Reginald D. Evans, Appellant Pro Se.
Barbara Murcier Bowens, Office of the
United States Attorney, Columbia, South
Carolina, for Appellee.

Before WIDENER, WILKINS, and
MOTZ, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

PER CURIAM.

Reginald D. Evans appeals the district
court's order setting aside the jury's ver-
dict and granting Appellee's Fed.R.Civ.P.
50(b) motion. We have reviewed the rec-
ord and the district court's opinion and
find no reversible error. Accordingly, we
affirm on the reasoning of the district
court. *See Evans v. Caldera*, No. CA–97–
3732–3–17BC (D.S.C. Sept. 18, 2001). We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*AFFIRMED.*